| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CLEMENT, EDITH B. | 2. Court or Organization<br><br>Appeals Court, Active | 3. Date of Report<br><br>10/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>600 CAMP STREET, ROOM 200<br>NEW ORLEANS, LA 70130 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 10/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Liberty Fund | | Sausalito, CA | Attended Colloquium | Transportation, lodging and meals |
| 2. | Witherspoon Institute, Princeton University | | Princeton, NJ | Delivered a speech | Transportation, lodging and some meals |
| 3. | George Mason University | | LaJolla, CA | Attended Colloquium | Transportation, lodging and some meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 10/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J P Morgan Chase (n/c fm Bank One 7/05) | A | Dividend | O | T | | | | | |
| 2. Rental Property/Residential ▨, New Orleans, LA | E | Rent | O | W | | | | | |
| 3. Colonial Bank | | None | J | T | | | | | |
| 4. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 5. Pepsico CAP Res Inc, 4/1/2012 | | None | | | Redeemed | 04/01/12 | | | |
| 6. Guggenheim China Tech (CQQQ) | A | Dividend | K | T | Buy (add'l) | 03/14/12 | K | | |
| 7. PowerShares DB Commodity Index (DBC) | | None | K | T | Buy | 01/24/12 | K | | |
| 8. iShares FTSE/Xinhua China 25 Index (FXI) | A | Dividend | L | T | Buy | 02/23/12 | K | | |
| 9. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 10. Market Vectors Gold Miners ETF (GDX) | | None | | | Sold | 05/08/12 | K | | |
| 11. Market Vectors Junior Gold Miners (GDXJ) | | None | | | Sold | 05/08/12 | K | | |
| 12. SPDR Gold Trust (GLD) | | None | | | Buy | 02/23/12 | K | | |
| 13. | | | | | Sold | 03/22/12 | L | | |
| 14. Mkt Vectors RVE Hard Assets Producers (HAP) | A | Dividend | K | T | Buy | 01/24/12 | K | | |
| 15. iShares iBoxx $ High Yield Corporate (HYG) | E | Dividend | N | T | Buy | 01/24/12 | M | | |
| 16. | | | | | Buy (add'l) | 02/23/12 | M | | |
| 17. | | | | | Buy (add'l) | 02/24/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/07/12 | M | | |
| 19. | | | | | Buy (add'l) | 06/14/12 | L | | |
| 20. | | | | | Sold (part) | 11/20/12 | K | | |
| 21. iShares Tr S&P Global Energy Sector Index Fund (IXC) | C | Dividend | M | T | | | | | |
| 22. Kayne Anderson MLP Investment Co (KYN) | C | Dividend | L | T | Buy (add'l) | 01/24/12 | K | | |
| 23. | | | | | Buy (add'l) | 02/23/12 | K | | |
| 24. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 25. Vanguard Emerging Market (VWO) | A | Dividend | L | T | Buy | 02/23/12 | K | | |
| 26. | | | | | Buy (add'l) | 10/24/12 | K | | |
| 27. Vanguard Energy (VDE) | B | Dividend | L | T | Buy (add'l) | 01/24/12 | K | | |
| 28. | | | | | Buy (add'l) | 02/23/12 | K | | |
| 29. Vanguard Info Technology (VGT) | A | Dividend | L | T | Buy (add'l) | 03/14/12 | K | | |
| 30. Vanguard Intl Eqty Index FTSE All World (VEU) | | None | | | Sold | 05/08/12 | L | | |
| 31. Vanguard Large Cap (VV) | B | Dividend | M | T | Buy (add'l) | 01/24/12 | K | | |
| 32. | | | | | Buy (add'l) | 05/22/12 | K | | |
| 33. Vanguard Midcap (VO) | B | Dividend | M | T | Buy (add'l) | 01/24/12 | J | | |
| 34. | | | | | Buy (add'l) | 05/22/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Small Cap (VB) | B | Dividend | M | T | Buy (add'l) | 01/24/12 | J | | |
| 36. | | | | | Buy (add'l) | 05/22/12 | K | | |
| 37. Vanguard Telecommunications Svcs (VOX) | C | Dividend | L | T | Buy (add'l) | 03/14/12 | K | | |
| 38. Vanguard High Yield Corp Admiral (VWEAX) | D | Dividend | | | Sold | 10/22/12 | M | D | |
| 39. Vanguard High Yield Corp Investor (VWEHX) | B | Dividend | K | T | | 05/29/12 | K | | ** SEE VIII |
| 40. Vanguard ST Investment Grade Admiral (VFSUX) | E | Dividend | P1 | T | | 05/29/12 | N | | ** SEE VIII |
| 41. | | | | | Sold (part) | 03/14/12 | K | A | |
| 42. | | | | | Sold (part) | 06/07/12 | J | | |
| 43. | | | | | Buy (add'l) | 06/14/12 | M | | |
| 44. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 45. | | | | | Buy (add'l) | 10/24/12 | L | | |
| 46. Vanguard ST Investment Grade Investor (VFSTX) | | None | K | T | Buy (add'l) | 02/24/12 | K | | |
| 47. | | | | | Sold (part) | 06/07/12 | K | A | |
| 48. | | | | | Sold (part) | 08/27/12 | K | A | |
| 49. | | | | | Sold (part) | 11/20/12 | K | A | |
| 50. Vanguard Intermediate-Term Investment Grade (VFICX) | A | Dividend | | | | 05/29/12 | K | | ** SEE VIII |
| 51. | | | | | Buy | 01/24/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/24/12 | M | B | |
| 53. | | | | | Sold | 05/31/12 | K | A | |
| 54. US Treasury Bill, 05/17/2012 CUSIP | | None | | | Sold (part) | 01/24/12 | N | | |
| 55. | | | | | Sold | 02/23/12 | L | | |
| 56. US I-Savings Bonds | B | Interest | K | T | | | | | |
| 57. Bank of America c/o Computershare | A | Dividend | J | T | | | | | |
| 58. Schwab US Treasury Money Fund (SWUXX) | A | Dividend | | | Merged (with line 59) | 07/09/12 | | | See Part VIII |
| 59. Charles Schwab Bank Deposit | A | Interest | M | T | | | | | See Part VIII |
| 60. Genworth Life & Annuity InsCo, Flexible Premium Adjust Life | C | Interest | L | T | Buy | 05/02/03 | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 39 == Vanguard High-Yield Corp Investor == assets receipt from death of family member

VII. Line 40 == Vanguard Short-Term Investment Grade == assets receipt from death of family member

VII. Line 50== Vanguard Inter-Term Investment Grade == assets receipt from death of family member

VII. Lines 58 and 59== July 9, 2012 Schwab US Treasury Money Fund merged with Charles Schwab Bank Deposit and is now called Charles Schwab Bank Deposit.

VII. Line 60==This holding was inadvertently omitted from prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **EDITH B. CLEMENT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544